

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00362-CV

Michael **NATHANIEL**,
Appellant

v.

**FOSTER MEADOW HOMEOWNERS ASSOCIATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10916
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: August 14, 2019

DISMISSED

On July 1, 2019, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On July 3, 2019, this court ordered appellant to show cause in writing by July 15, 2019, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM